UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WINE & CANVAS DEVELOPMENT LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THEODORE WEISSER, ) | Case No. 1:11-cv-01598-TWP-DKL |
| CHRISTOPHER MUYLLE, ) | |
| YN CANVAS CA, LLC, ) | |
| WEISSER MANAGEMENT GROUP, LLC, ) | |
| ) | |
| Defendants. ) | |

## ENTRY ADOPTING REPORT AND RECOMMENDATION

On November 13, 2013, the Magistrate Judge issued her Report and Recommendation on Wine & Canvas Development, LLC's ("Wine & Canvas") Second Motion to Compel (Dkt. 187). Wine & Canvas sought reconsideration from the Magistrate Judge, which was denied (Dkt. 198). Wine & Canvas filed an "incidental objection" (Dkt. 198) to the Report and Recommendation. The Second Motion to Compel regarded the deposition of production of documents from Defendant Theodore Weisser ("Mr. Weisser"). The Court understands that in the time since Wine & Canvas's objection, Mr. Weisser has been deposed and produced the sought-after documents. Therefore, the objection (Dkt. 198) is **OVERRULED as moot** and the Magistrate Judge's Report and Recommendation (Dkt. 187) is **ADOPTED**.

SO ORDERED.

Date: 04/08/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

THEODORE WEISSER
25 Rodeo Ave., Apt. 2
Sausalito, CA 94965

P. Adam Davis
DAVIS & SARBINOFF LLP
adavis@d-slaw.com

Carol Nemeth Joven
PRICE WAICUKAUSKI & RILEY
cnemeth@price-law.com

Ronald J. Waicukauski
PRICE WAICUKAUSKI & RILEY
rwaicukauski@price-law.com